No. State 92. STATE, Respondent, v. WENDLAND, Appellant.

(Also reported in 222 N. W. 2d 710.)

Searches and seizures. Warrant. Validity of supporting complaint. Reliability of informants. Probable cause for issuance of warrant.

The cause was submitted for the appellant on the briefs of *Howard B. Eisenberg,* state public defender, and *Richard M. Sals,* assistant state public defender, and for the respondent on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.